IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

EDWARD HEUER,

                Plaintiff,                                  ORDER

    v.                                                           11-cv-302-slc

STEVEN TETZLAFF[1]

                Defendant.
_____

Plaintiff Edward Heuer, currently incarcerated at the Fox Lake Correctional Institution, filed this case in the Circuit Court for Dane County, Wisconsin. On April 26, 2011, defendant Steven Tetzlaff, a sergeant at the prison, removed the action to this court, paid the $350 filing fee and filed a motion for screening of the complaint, dkt. 2. Because plaintiff is a prisoner, he is subject to the 1996 Prison Litigation Reform Act, which states that an incarcerated plaintiff cannot proceed with a action against a government official unless the court grants him permission to proceed after screening his complaint pursuant to 28 U.S.C. § 1915A. Accordingly, I will grant the motion.

ORDER

It is ORDERED that defendant's motion for screening of the complaint, dkt. 2, is GRANTED. The court will screen in order to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. The parties will be notified promptly when such a decision has been made. In the meantime, if

---

[1]The caption has been amended to correct the spelling the defendant's name as identified in the notice of removal.

plaintiff needs to communicate with the court about his case, he should be sure to write the case number shown above on his communication.

Entered this 28th day of April, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge