IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

EDWARD HEUER,

                Plaintiff,                            ORDER

v.                                            11-cv-302-slc

STEVEN TETZLAFF,

                Defendant.
_____

On July 13, 2012, the court directed plaintiff Edward Heuer to submit a new response to defendant's proposed findings of fact that complies with this court's *Procedure to be Followed on Summary Judgment*. Dkt. 30. This court received Heuer's response on August 1, 2012. Dkt. 31. Although Heuer has complied substantially with this court's order, he still has failed to submit evidence to support his version of the facts. For example, he refers to "Affidavit of Heuer" in many instances as evidence supporting his version of the facts, but there is no such affidavit in the record. To properly support a proposed finding of fact or response to a proposed finding of fact, the cited evidence must actually exist and be in the court record.

I will give Heuer one last chance to cure his defective submissions: not later than August 10, 2012, Heuer must submit to the court the affidavits and other evidence that he cites in support of his responses to the proposed findings of fact. (He does not need do this if the evidence he is citing has already been submitted by defendant.) No further extensions of this deadline will be granted. Defendant's deadline for filing his reply to the motion for summary judgment is extended to August 20, 2012.

Entered this 2nd day of August, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge