IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD HEUER,

    Plaintiff,

v.

STEVEN TETZLAFF,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-302-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Steven Tetzlaff granting summary judgment and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

_____
8/27/2012
Date